# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**ANDREA PATRICOFF,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　Case No. **6:05-cv-1769-Orl-31KRS**

**HOME TEAM PEST DEFENSE, LLC,**

        **Defendant.**

_____

## ORDER

Upon consideration of Plaintiff's Motion to Remand State Claims (Doc. 19), and Defendant's Opposition to same (Doc. 21), it is

**ORDERED** that the Motion is DENIED. Although Plaintiff's state law claims predominate (and the Court is not inclined to assert supplemental jurisdiction over them), Defendant contends that the Court has diversity jurisdiction over these claims. Plaintiff concedes that the parties are diverse, but that the amount in controversy has not been met.

The Complaint (Doc. 2) contains only a general claim for damages in excess of $15,000, and the Notice of Removal (Doc. 1) simply asserts that "the amount in controversy exceeds $75,000, exclusive of interest and costs."

Therefore, Defendant shall have until February 10, 2006 to submit a factual basis supporting its contention that, as of the date of removal, the amount in controversy met the jurisdictional requirement. Plaintiff may respond to Defendant's submission within 15 days thereafter.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on January 11, 2006.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party